**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN ROBERT MILLER, | ) NO. SACV 07-00238-VAP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JOE SULLIVAN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 24, 2011.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE